

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 16, 2020

**By ECF**

Hon. Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:   *Benitz v. Commissioner of Social Security*, No. 20 Civ. 5026 (RWL)

Dear Judge Lehrburger:

      This Office represents Andrew M. Saul, the Commissioner of Social Security (the "Commissioner"), the defendant in the above-referenced action, which the plaintiff brought pursuant to 42 U.S.C. § 405(g) to challenge a decision to deny her application for disability benefits.

      I respectfully write to request a 60-day extension of time for the Commissioner to file the certified administrative record in this case, from October 19, 2020, to December 18, 2020. The extension is necessary because of delays in preparing the certified administrative record due to temporary workplace changes implemented by the Social Security Administration's Office of Appellate Operations ("OAO") in response to the COVID-19 pandemic. These changes have significantly impacted the operations of OAO and materially affected its ability to prepare certified administrative records, including obtaining transcriptions of hearing recordings from private contractors. As a result, additional time is needed to prepare the certified administrative record in this case.

      The plaintiff consents to this request for an extension, and this is the Commissioner's first request for an extension in this case. I thank the Court for its consideration of this request.

      Respectfully,

      AUDREY STRAUSS
      Acting United States Attorney

      /s/ Amanda F. Parsels
BY:   AMANDA F. PARSELS
      Assistant United States Attorney
      Tel.: (212) 637-2780
      Cell: (646) 596-1952
      Email: amanda.parsels@usdoj.gov

cc: Charles E. Binder, Esq. (by ECF)
    *Attorney for Plaintiff*

60-day extension granted; subsequent dates extended similarly.

SO ORDERED:

10/16/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE