```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NANCY BENITEZ,

          Plaintiff,

vs.

          Civil Action No.:
          1:20-CV-05026-RWL

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

          Defendant.
-------------------------------------------------------------X

## PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS

**PLEASE TAKE NOTICE** that upon all the prior proceedings heretofore filed, Plaintiff moves this Court, on submission, for an Order granting an enlargement of time of thirty (30) days to file Plaintiff's motion for judgment on the pleadings and memorandum of law in support in this matter, which is currently due on February 16, 2021.  This is Plaintiff's first request for an extension and is necessary due to an unexpected increase in counsel's case load and briefs due from cases that were previously delayed from timely processing during the beginning of the COVID-19 pandemic.

      Plaintiff has contacted counsel for Defendant who kindly consents to this motion.

Dated:  February 1, 2021

Respectfully submitted,

By:   /s/ Charles E. Binder
       Law Office of Charles E. Binder
       and Harry J. Binder, LLP
       485 Madison Avenue, Suite 501
       New York, NY 10022
       (212)-677-6801
       Fax (646)-273-2196
       fedcourt@binderlawfirm.com

Extension granted.  No further extensions absent compelling circumstances.

SO ORDERED: *[signature]*
2/2/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE