```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NANCY BENITZ,
                                                            :
                            Plaintiff,                      :     20-CV-5026 (RWL)
                                                            :
            - against -                                     :     **ORDER**
                                                            :
COMMISSIONER OF SOCIAL SECURITY,                            :
                                                            :
                            Defendant.                      :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Defendant's opposition to Plaintiff's motion for judgment on the pleadings was due May 15, 2021. Accordingly, Defendant shall file its opposition by June 4, 2021, or the Court will consider the motion without the aid of Defendant's submission. Should Defendant file an opposition, Plaintiff's deadline to reply is extended to 14 days from Defendant's filing.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 28, 2021
       New York, New York

Copies transmitted this date to all counsel of record.

1