UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NANCY BENITEZ,

                Plaintiff,                      20 **CIVIL** 5026 (RWL)

       -against-                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated, September 17 2021, Benitez's motion is GRANTED, the Commissioner's motion is DENIED, and the case is remanded for further proceedings consistent with this decision.

**Dated:** New York, New York
         September 17, 2021

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                                 **BY:**
                                                       **Deputy Clerk**