UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NANCY BENITEZ,

          Plaintiff,

vs.                                        Civil Action No.:
                                                                   1:20-CV-05026-RWL

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

          Defendant.
-------------------------------------------------------------X

**ORDER**

       The Court, having read the affirmation and supporting memorandum from the attorneys for Plaintiff in the above-captioned case, for an award of Equal Access to Justice Act fees in accordance with 28 U.S.C. § 2412, as well as the Exhibits submitted in support thereof,

       **IT IS ORDERED** that the motion for Equal Access to Justice fees in the amount of $7,323.66 be granted pursuant to 20 U.S.C. § 2412. In addition, Plaintiff's counsel is entitled to reimbursement of costs for the District Court filing fee of $400.00 payable from the judgment fund pursuant to 31 U.S.C. § 1304.

Entered: _____

SO ORDERED:

_____ 6/8/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE