UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NANCY BENITEZ,                                          :          20-CV-5026 (RWL)
                                                       :
                          Plaintiff,                   :
                                                       :          **ORDER: ATTORNEYS' FEES**
            - against -                                 :
                                                       :
COMMISSIONER OF SOCIAL SECURITY,          :
                                                       :
                          Defendant.          :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

IT IS HEREBY ORDERED that Plaintiff's Motion for attorney's fees under § 406(b) is granted.  The Court hereby authorizes $27,308.73 in attorney's fees for legal services rendered in the United States District Court, to be paid by the Social Security Administration out of Plaintiff's past-due benefits.  Plaintiff's counsel must refund to Plaintiff the EAJA fee previously awarded by this Court in the amount of $7,323.66, or, if applicable, only such portion of the EAJA fee not subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3) (B) (2006)).

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:        March 3, 2026
              New York, New York

Copies transmitted this date to all counsel of record.

1